IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK<br>*Plaintiff,*<br><br>vs<br><br>MIDLAND CREDIT<br>MANAGEMENT, INC.<br>*Defendant.* | §<br>§<br>§<br>§   Case No. 4:15-cv-219<br>§<br>§<br>§<br>§<br>§<br>§ |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 6 2015
BY DAVID J. MALAND, CLERK
DEPUTY_____

## PLAINTIFF, DAVID E. MACK'S MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANT MIDLAND CREDIT MANAGEMENT'S MOTION TO STAY PROCEEDINGS

To the Honorable Magistrate Judge of this Court:

Plaintiff David E. Mack herein requests an enlargement of time to answer Midland Credit Management's Motion to Stay Proceedings filed April 21, 2015. Plaintiff has multiple cases before the Court and has no paralegals or staff to assist with preparation of his Opposition to Defendant's Motions and therefore requests additional time to research and prepare a response.

WHEREFORE, Plaintiff requests this Honorable Court issue an Order granting an enlargement of time of 7 days for Plaintiff to file his Opposition to Defendant's Motion to Stay Proceedings.

Respectfully Submitted,

/s/ David E. Mack

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated: May 6, 2015

_____
David E Mack

Reid S. Manley
BURR & FORMAN LLP
420 North 20th Street Suite 3400
Birmingham, Alabama 35203